Form 8
(10/05)

# United States Bankruptcy Court
## District of Nevada

In re: **Adnan Ghanem**
**Zuhaira Ghanem**
Debtor(s)

Case No. **08-13287-LBR**
Chapter **7**

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

- ■ I have filed a schedule of assets and liabilities which includes debts secured by property of the estate.
- ☐ I have filed a schedule of executory contracts and unexpired leases which includes personal property subject to an unexpired lease.
- ■ I intend to do the following with respect to property of the estate which secures those debts or is subject to a lease:

| Description of Secured Property | Creditor's Name | Property will be Surrendered | Property is claimed as exempt | Property will be redeemed pursuant to 11 U.S.C. § 722 | Debt will be reaffirmed pursuant to 11 U.S.C. § 524(c) |
|---|---|---|---|---|---|
| **Residence<br>3770 Avila Street<br>Las Vegas, NV 89103<br>Retain/current** | **Wells Fargo** | | | **X** | |
| **Residence<br>3770 Avila Street<br>Las Vegas, NV 89103<br>Retain/current** | **Wells Fargo Hm Mortgag** | | | **X** | |

| Description of Leased Property | Lessor's Name | Lease will be assumed pursuant to 11 U.S.C. § 362(h)(1)(A) |
|---|---|---|
| **-NONE-** | | |

Form 8 Cont.
(10/05)

In re **Adnan Ghanem**
**Zuhaira Ghanem**
Debtor(s)

Case No. **08-13287-LBR**

# CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION
(Continuation Sheet)

Date **September 30, 2009**      Signature **/s/ Adnan Ghanem**
                                            **Adnan Ghanem**
                                            Debtor

Date **September 30, 2009**      Signature **/s/ Zuhaira Ghanem**
                                            **Zuhaira Ghanem**
                                            Joint Debtor

Software Copyright (c) 1996-2009 Best Case Solutions - Evanston, IL - (800) 492-8037      Best Case Bankruptcy